IAN BARKER (SBN 240223)
ian.barker@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorney for Plaintiff
CREATIVE ARTISTS AGENCY, LLC,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CREATIVE ARTISTS AGENCY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>INDUSTRY 415 a/k/a INDUSTRY 415 CREATIVE ARTISTS AGENCY INC. and LOUIS BERNINGSON a/k/a LUCCIANO BERNINGSON,<br><br>Defendants. | Case No. CV10-5981-PSG<br><br>**STIPULATION, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, AND [XXXXXXXXXD] CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS** |

Plaintiff Creative Artists Agency, LLC, and Defendants Industry415 a/k/a Industry415 Creative Artists Agency Inc., and Louis Berningson a/k/a Lucciano Berningson (each individually, a "Party" and collectively, the "Parties") have agreed upon a basis for the final adjudication of the matters alleged in the Complaint filed in this action and to the entry of a Consent Judgment and Permanent Injunction in this action in favor of Plaintiff Creative Artists Agency, LLC, ("Plaintiff") and against Defendants Industry415 a/k/a Industry415 Creative Artists Agency Inc., and Louis

Case No. CV10-5981-PSG

STIPULATION, CONSENT TO PROCEED BEFORE A MAGISTRATE, AND [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION

Berningson a/k/a Lucciano Berningson (collectively "Defendants") in the form of the Proposed Order attached hereto.

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned Parties hereby voluntarily consent to have United States Magistrate Judge Paul S. Grewal conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: ~~January~~ February 4, 2011

SNR DENTON US LLP

By_____
IAN BARKER

Attorney for Plaintiff
CREATIVE ARTISTS AGENCY, LLC

Dated: January 28, 2011

INDUSTRY415 A/K/A INDUSTRY415
CREATIVE ARTISTS AGENCY INC.

By_Louis D. Berningson_____

Title_Agency Director_____

564 Market Street
Seventh Floor Suite 723
San Francisco, CA 94101

-2-

Case No. CV10-5981-PSG

STIPULATION, CONSENT TO PROCEED
BEFORE A MAGISTRATE, AND
[PROPOSED] CONSENT JUDGMENT
AND PERMANENT INJUNCTION

Dated: January 28, 2011    LOUIS BERNINGSON A/K/A
LUCCIANO BERNINGSON


By _____/s/ Louis_____
LOUIS BERNINGSON A/K/A
LUCCIANO BERNINGSON

564 Market Street
Seventh Floor Suite 723
San Francisco, CA 94101

### ORDER

This matter having come before the Court on Stipulation between the parties for entry of a Consent Judgment and Permanent Injunction against Defendants, the Court finds and orders as follows:

### Stipulated Facts

1. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121(a), 28 U.S.C. § 1331, 28 U.S.C. § 1138(a) & (b) and 28 U.S.C. § 1367(a). Defendants acknowledge that they have received a copy of the summons and Complaint, that they have been properly served, and that they are subject to personal jurisdiction in this Court. By signing the above Stipulation, Defendants have waived any objections to service of the summons and the Complaint.

2. The Court has personal jurisdiction over Defendants because they have sufficient contacts with California such that the maintenance of the suit does not offend traditional notions of fair play and substantial justice. Venue in this District is proper pursuant to 28 U.S.C. §§ 1391(b) because each of the Defendants resides within the Northern District of California, and a substantial part of the events giving rise to Plaintiff's claims occurred within the Northern District of California.

-3-

Case No. CV10-5981-PSG    STIPULATION, CONSENT TO PROCEED
BEFORE A MAGISTRATE, AND
[PROPOSED] CONSENT JUDGMENT
AND PERMANENT INJUNCTION

3. DEFENDANTS ACKNOWLEDGE THAT, BEFORE SIGNING THIS FINAL JUDGMENT ON CONSENT, THEY WERE GIVEN AN OPPORTUNITY TO READ IT, CAREFULLY EVALUATE IT, AND ASK ANY QUESTIONS THEY MAY HAVE HAD REGARDING IT OR ITS PROVISIONS. DEFENDANTS ALSO ACKNOWLEDGE THAT THEY HAD THE RIGHT TO HAVE THIS FINAL JUDGMENT ON CONSENT REVIEWED BY AN ATTORNEY OF THEIR CHOOSING AND THAT PLAINTIFF GAVE DEFENDANTS A REASONABLE PERIOD OF TIME TO DO SO, ~~BUT DEFENDANTS ELECTED NOT TO BE REPRESENTED BY COUNSEL~~. *and Defendants did consult counsel.* 2/2/11 [initials] 2/4/2011

4. Plaintiff (including its predecessor) has used the name and mark CREATIVE ARTISTS AGENCY continuously since 1975 in connection with talent agency services, literary agency services, branding services, consulting services, sponsorship services, marketing and communication services, trend forecasting, and sports agency services, among other services. Plaintiff has, by virtue of a grant from OMH, Inc., the sole and exclusive worldwide right and license to use and protect the name and mark CREATIVE ARTISTS AGENCY.

5. The mark CREATIVE ARTISTS AGENCY is the subject of United States Trademark Registration No. 1,243,888 and of United States Trademark Application Serial No. 77/858551.

6. The CREATIVE ARTISTS AGENCY mark is famous and immediately recognizable throughout the United States and is closely associated with the services offered by Plaintiff.

7. Defendants began to use CREATIVE ARTISTS AGENCY as part of its name and mark long after Plaintiff commenced use of the CREATIVE ARTISTS AGENCY name and mark and long after Plaintiff's efforts made that name and mark famous to the public throughout the United States.

Case No. CV10-5981-PSG

-4-

STIPULATION, CONSENT TO PROCEED BEFORE A MAGISTRATE, AND [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

8. Defendants used CREATIVE ARTISTS AGENCY as part of a mark and name without license or other authorization from Plaintiff.

9. Plaintiff filed a Complaint in this Court on December 30, 2010, alleging that Defendants infringed and diluted the CREATIVE ARTISTS AGENCY mark and name and otherwise violated Plaintiff's rights in violation of, *inter alia,* Sections 32, 43(a), (c) and (d) of the Lanham Act, 15 U.S.C. §§ 1114, 1125(a)(c)(d); Sections §14241 and 17200 *et seq.* of the California Business & Professional Code; and the California common law.

## Consent Judgment And Injunction

NOW THEREFORE IT IS HEREBY AGREED, ORDERED, ADJUDGED, AND DECREED, that:

1. Industry415 a/k/a Industry415 Creative Artists Agency Inc., and Louis Berningson a/k/a Lucciano Berningson, and each of them, and each of their employees, directors, agents, servants, attorneys, and all those in active concert or participation with any of them, are hereby permanently enjoined and restrained from adopting, registering or using, or licensing or authorizing any other person or entity to adopt, register or use, as or as part of a trademark, service mark, logo, trade name, business name, company name, corporate name, domain name, uniform resource locator, email address, or other indicia of origin: (i) INDUSTRY415 CREATIVE ARTISTS AGENCY; (ii) CREATIVE ARTISTS AGENCY; or (iii) CREATIVE ARTISTS; or (iv) any other combination that includes the words CREATIVE ARTISTS and AGENCY or the words CREATIVE and ARTISTS in any order; or (v) any other word, term or combination of letters that is confusingly similar to the CREATIVE ARTISTS AGENCY mark and name. However, Defendants may make reasonable use of INDUSTRY415 CREATIVE ARTISTS AGENCY for no more than 90 days after entry of this Consent Judgment and Permanent Injunction for the purpose of notifying

-5-

Case No. CV10-5981-PSG

STIPULATION, CONSENT TO PROCEED BEFORE A MAGISTRATE, AND [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION

clients, potential clients, contractors, vendors, and other business affiliates of the name change required by this Consent Judgment and Permanent Injunction.

2. The aforementioned injunction applies regardless of: the font or style lettering used; whether or not there is space or punctuation between any of the letters or words; whether the letters or words are displayed in upper case or lower case lettering or any combination thereof; whether the words are singular or plural (e.g., ARTIST shall be deemed the equivalent of ARTISTS) whether the letters or words are displayed in block letters or stylized letters; and whether or not the letters or words are used with any other word, term, mark, name, logo or other indicia of origin.

AND IT IS FURTHER AGREED, ORDERED, ADJUDGED, AND DECREED, that:

3. Industry415 a/k/a Industry415 Creative Artists Agency Inc., and Louis Berningson a/k/a Lucciano Berningson, and each of them, and each of their employees, directors, agents, servants, attorneys and all those in action, concert or participation with them, are hereby directed forthwith, to do each of the following:

A. Within 90 days after entry of this Consent Judgment and Permanent Injunction, destroy all copies of any catalogs, business cards, brochures, stationery, advertising material, marketing material and/or promotional materials in their or its possession custody or control that contain or display any trademark, service mark, trade name, logo, company name, corporate name, domain name or other indicia of origin enjoined as set forth above, and provide to counsel for Plaintiffs a verified statement that such materials have been destroyed;

B. Within 90 business days after the date of the entry of this Consent Judgment and Permanent Injunction, in all states of the United States xx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx in which Defendant Industry415 a/k/a Industry415 Creative Artists Agency Inc. is registered or authorized to do

PSG

Case No. CV10-5981-PSG    -6-    STIPULATION, CONSENT TO PROCEED BEFORE A MAGISTRATE, AND [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION

business, file a certificate changing the name of Defendant by removing "Creative Artists Agency" from the entity name and substituting therefor a name that does not violate any of the provisions of this Consent Judgment and Permanent Injunction; and

    C. Provide Plaintiff's counsel with a report in writing setting forth in detail the manner in which it has complied with this Consent Judgment and Permanent Injunction no later than 90 days after the date this Judgment is entered.

AND IT IS FURTHER AGREED, ORDERED, ADJUDGED, AND DECREED, that:

  4. Each Party has waived any right to an appeal from this Consent Judgment and Permanent Injunction.

  5. In the event a court of competent jurisdiction rules that Defendants violated any of the provisions of this Consent Judgment and Permanent Injunction, the Defendants shall pay to Plaintiff any and all attorneys' fees and costs Plaintiff may incur in enforcing the provisions of this Consent Judgment and Permanent Injunction.

  6. This Court maintains jurisdiction over the subject matter and parties hereto to enforce this Consent Judgment and Permanent Injunction.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __February 14, 2011__

            /s/ Paul S. Grewal
            Honorable Paul S. Grewal
            United States Magistrate Judge

17698215\V-2

Case No. CV10-5981-PSG     STIPULATION, CONSENT TO PROCEED BEFORE A MAGISTRATE, AND [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION